IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY WALSH, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FAY SERVICING, LLC; and TRANS UNION LLC, <br><br> Defendants. | Case No. 1:18-cv-04385 <br><br> Honorable Matthew F. Kennelly <br><br> Honorable Sheila M. Finnegan <br> Magistrate Judge |

**PLAINTIFF'S MOTION TO QUASH SERVICE
AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

NOW COMES, TAMMY WALSH, (the "Plaintiff"), through her attorneys, SULAIMAN LAW GROUP, LTD. moves the Court to Quash Service as to EXPERIAN INFORMATION SOLUTIONS, INC. (the "Defendant"). In support thereof, Plaintiffs states as follows:

1. On June 25, 2018, Plaintiff initiated this civil action by filing a complaint alleging Defendant's violation of the Fair Credit Reporting Act (the "FCRA").

2. Plaintiff incorrectly identified Defendant as Experian Information Solutions, ***LLC*** as opposed to Experian Information Solutions, ***INC.***

3. Accordingly, on July 5, 2018, Plaintiff wrongly served summons and complaint on Registered Agent for Equifax Information Services, LLC.

4. Also, on July 5, 2018, Plaintiff reported summons and complaint were returned executed to this Court as to Defendant.

WHEREFORE, Plaintiff requests this Court grant Plaintiff's Motion to Quash Service as to Experian Information Solutions, Inc., and grant any other relief deemed appropriate and equitable.

| | |
|---|---|
| Dated: August 7, 2018 | Respectfully submitted,<br><br>**TAMMY WALSH**<br><br>By: */s/ Joseph Scott Davidson*<br><br>Joseph Scott Davidson<br>Mohammed Omar Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8181<br>jdavidson@sulaimanlaw.com<br>mbadwan@sulaimanlaw.com<br><br>*Counsel for Tammy Walsh* |